

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2020

No. 04-20-00441-CV

**IN THE INTEREST OF D.S., ET AL**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02723
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant filed her notice of appeal in the trial court on September 8, 2020. The clerk's record and reporter's record in this appeal are due September 18, 2020. On September 10, 2020, appellant filed in this court a copy of a "Request for Reporter's Record and Clerk's Record for Appeal," in which she states she served her request on the court reporters on September 9, 2020. In her request, appellant states she is presumed indigent and may proceed without advance payment of costs. On September 16, 2020, appellant filed in this court a "Request for Waiver of Fees Due to Indigency" and a copy of her affidavit of indigency filed with the trial court on December 18, 2018.

A party who cannot pay the costs of an appeal must file an affidavit of indigence in the trial court with or before the notice of appeal. An untimely, uncontested affidavit of indigence can be "adequate to fulfill the fundamental purpose of Rule 20.1." *Higgins v. Randall County Sheriff's Office*, 257 S.W.3d 684, 688 (Tex. 2008).

On September 14, 2020, this court issued an order allowing the trial court clerk, court reporter, or any party to file a contest to the affidavit with this court no later than September 24, 2020. Our order stated that, if no contest was filed, the affidavit's allegations would be deemed true and the clerk's record and reporter's record would be due thirty days from the date of our September 14 order. If a contest was timely filed, this court would issue an appropriate order.

On September 18, 2020, Ms. Kristin M. Anderson, official court reporter for the 225th Judicial District Court, filed a notification of late record requesting an extension of time until September 28, 2020 to file her record. In view of Ms. Anderson's notification of late record, we **WITHDRAW** our September 14, 2020 order and **ORDER** as follows:

the trial court clerk, court reporter, or any party may file a contest to the affidavit with this court in accordance with the applicable rules no later than September 24, 2020. If no contest is filed, the affidavit's allegations will be

deemed true and the clerk's record and reporter's record(s) (including Ms. Anderson's records) are due **no later than October 5, 2020**. If a contest is timely filed, this court will issue an appropriate order.

The clerk of this court is ORDERED to send a copy of this order and a copy of the appellant's "Request for Reporter's Record and Clerk's Record for Appeal" and "Request for Waiver of Fees Due to Indigency" to the parties, the trial court clerk, the court reporter(s), and the trial court judge.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2020.



_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court